Tatiana Filippova [SBN 283305]
Law Office of Michael E. Hansen
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney For Defendant
BARRY BINKS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-MJ-00206-AC |
|---|---|
| Plaintiff, | **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |
| vs. | |
| BARRY BINKS, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Barry Binks hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

**Request for Waiver of Defendant's Personal Presence (FRCP 43)**

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: August 5, 2013 /s/ Barry Binks
BARRY BINKS
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: August 5, 2013 /s/ Tatiana Filippova
TATIANA FILIPPOVA
Attorney for Defendant
BARRY BINKS

## **ORDER**

I approve the above waiver of presence. IT IS SO ORDERED.

DATED: August 5, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

**Request for Waiver of Defendant's Personal Presence (FRCP 43)**